

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2022

No. 04-22-00625-CV

**IN RE** Jessica **THIER-ARNAIZ**

Original Proceeding[1]

**ORDER**

On September 23, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 12, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2021-CI-22890, styled *In the Matter of the Marriage of Nicholas Arnaiz and Jessica Thier-Arnaiz*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.